1018

[No. 2418–3. Division Three. November 16, 1978.]

DONNA L. ADAIR, *Appellant*, v. DARYL JONSON, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 31618, Albert J. Yencopal, J., entered April 14, 1977. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Roe, JJ.

[No. 6214–1. Division One. November 20, 1978.]

*In the Matter of the Welfare of*
JUAN JOHNSON.

Appeal from a judgment of the Superior Court for Skagit County, No. 73–1810, Walter J. Deierlein, Jr., J., entered December 16, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Williams and Ringold, JJ.

[No. 2452–3. Division Three. November 21, 1978.]

U. S. MACARONI MANUFACTURING CO., INC., ET AL, *Respondents*, v. FILENO DE FELICE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 237229, George T. Shields, J., entered May 16, 1977. *Reversed* and *remanded with instructions* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.